No. 499. THE PEOPLE v. GUERRA.—Appeal from the District Court of San Juan, Section 2. Motion of appellant to withdraw appeal. Decided January 15, 1913. Appeal dismissed on motion of appellant. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Miguel Guerra* for appellant.

---

No. 505. THE PEOPLE v. GUERRA.—Appeal from the District Court of San Juan, Section 2. Motion of appellant to withdraw the appeal. Decided January 15, 1913. Appeal dismissed on motion of appellant. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Miguel Guerra* for appellant.

---

No. 521. THE PEOPLE v. VIDAL.—Appeal from the District Court of San Juan, Section 2. Decided January 16, 1913. Judgment appealed from of October 9, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 516. THE PEOPLE v. GARCÍA.—Appeal from the District Court of San Juan, Section 2. Decided January 17, 1913. Judgment appealed from of October 18, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 523. THE PEOPLE v. MERCADO.—Appeal from the Distric Court of San Juan, Section 2. Decided January 17, 1913. Judgment appealed from of October 25, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.